806 A.2d 1257

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
KEITH R. TWADDLE, DEFENDANT–PETITIONER.

September 6, 2002.

Certification is granted, and the matter is summarily remanded to the Appellate Division to rehear the appeal on a plenary calendar.